JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case No. EDCV 15-00002-JGB (SBx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GUILLERMO OCAMPO; REBECA OCAMPO; AND GIBSON BROTHERS JANITORIAL SERVICE, INC. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, Plaintiff Samuel Love's Motion for Summary Judgment is GRANTED as to Plaintiff's claims under the Americans with Disabilities Act and the Unruh Civil Rights Act.

The Court orders that judgment shall be entered as follows:

1. Defendants shall provide and maintain handicap accessible parking and handicap accessible paths of travel in compliance with the

1

    Americans with Disabilities Act, at the property located at 408 S. Arrowhead Avenue, San Bernardino, CA, 92408.

2.  Plaintiff is awarded statutory damages in the amount of $4,000 pursuant to California Civil Code § 52(a).

 Defendants GUILLERMO OCAMPO, REBECA OCAMPO and GIBSON BROTHERS JANITORIAL SERVICE, INC., are jointly and severally liable for the amounts set forth in this Order.

 IT IS SO ORDERED.

Dated: October 20, 2015

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge