# Center for Disability Access
## Billing Summary

| Attorney | Billing Period | Hours Billed | Amount |
|---|---|---|---|
| Mark Potter | 12/4/14 - 11/3/15 | 54.8 | $ 23,290.00 |
| Raymond G. Ballister, Jr | 3/23/15 - 10/19/15 | 6.7 | $ 2,847.50 |
| Phyl Grace | 1/16/15 - 7/30/15 | 2.1 | $ 735.00 |
| Dennis Price | 2/8/15 - 7/23/15 | 6.1 | $ 1,525.00 |
| Amanda Lockhart | 1/29/15 - 6/26/15 | 4.3 | $ 860.00 |
| **Subtotals:** | | **74** | **$ 29,257.50** |

| Litigation Expenses | |
|---|---|
| Investigation Fees | $200.00 |
| **Totals:** | **$200.00** |

**Total Bill:** **$29,457.50**

Love v. Ocampo

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191

# Center for Disability Access
## Billing Statement

Page 2
Mark

### Love v. Ocampo

**Attorney:** Mark Potter

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 12/4/2014 | 11/3/2015 |
| **Billing Rate/Hr:** | $ 425.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 12/4/2014 | Discussion with Mr. Love re his experience, his standing and contancts for injunctive relief | 0.7 | 297.5 |
| 12/11/2014 | Travel to and visited the property after the Martinez meeting to assess Mr. Love's claims; sent email to investigator re: photographs and measurements I want | 1.8 | 765 |
| 12/29/2014 | Conducted public records research to determine the identity of the responsible parties and to determine if there had been alterations or modifications that would have triggered stricter Title 24 obligations for this property: assessor parcel number 0136-194-26 | 1.3 | 552.5 |
| 12/29/2014 | Drafted the complaint | 0.4 | 170 |
| 12/31/2014 | Reviewed and executed civil cover sheet, certificate of interested parites, front matter materials | 0.1 | 42.5 |
| 1/13/2015 | Reviewed the Standing Order, ADR informational; notice of assignment, etc. | 0.1 | 42.5 |
| 1/19/2015 | Emailed defense counsel re: dates for depo of Mr. Love | 0.1 | 42.5 |
| 1/20/2015 | Email exchange with defense counsel re: discovery | 0.1 | 42.5 |
| 1/27/2015 | Reviewed the Answer and affirmative defenses; updated the Trial Folder; notes to file for discovery | 1 | 425 |
| 2/20/2015 | Drafted interrogatories, requests for admissions and requests for production of documents as to all three defendants | 1.7 | 722.5 |
| 3/6/2015 | Reviewed the court's order denying the defense motion to consolidate | 0.1 | 42.5 |
| 3/9/2015 | Reviewed the court's order re: scheduling conference | 0.1 | 42.5 |
| 3/19/2015 | Reviewed the defense application for stay and early evaluation conference; drafted the opposition brief | 1.5 | 637.5 |
| 3/19/2015 | Reviewed and analyzed the CASp inspection report, photos and measurements provided by the defense; updated the Trial Folder; notes for discovery | 1.2 | 510 |
| 3/26/2015 | Reviewed the Scheduling Order | 0.1 | 42.5 |
| 4/15/2015 | Reviewd the order denying the defense motion for stay and EEC | 0.2 | 85 |
| 7/27/2015 | Reviewed the defense MSJ; instructions to Grace to meet and confer with defense counsel re improper motion and cross motions | 0.1 | 42.5 |
| 7/29/2015 | Reviewed the order striking the defense MSJ | 0.1 | 42.5 |

# Center for Disability Access

## Billing Statement

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/14/2015 | Reviewed and analyzed the defense MSJ and supporting declarations; outlined our approach for an opposition; reviewed some of the cases cited by the defense; notes for distinguishment | 3.2 | 1360 |
| 8/22/2015 | Discussion with Mr. Louis re: his experience, his photos, his declaration; sent draft for his review | 0.7 | 297.5 |
| 8/22/2015 | Discussion with Paul Bishop re: issues, parking lot striping matters, mootness, etc.; told him what we need from him | 0.6 | 255 |
| 8/23/2015 | Reviewed draft of the Bishop's report; discussed with him about scope, etc. | 0.5 | 212.5 |
| 8/23/2015 | Worked on the opposition to the defense MSJ; briefed the mootness issue; | 6.2 | 2635 |
| 8/26/2015 | Completed Bishop's declaration; Louis Declaration and the opposition brief | 3.3 | 1402.5 |
| 9/1/2015 | Drafted the plaintiff's statement of genuine issues per Judge Bernal's requirements | 1.1 | 467.5 |
| 9/1/2015 | Met with Mr. Love; worked over his declaration for our MSJ | 0.5 | 212.5 |
| 9/3/2015 | Reviewed and chose the exhibits from discovery responses to be used to support our MSJ; drafted my declaration authenticating the same | 1 | 425 |
| 9/4/2015 | Talked with Mr. Louis; made small change to his previous declaration; got his signature for the MSJ | 0.3 | 127.5 |
| 9/10/2015 | Met with expert Bishop; discussed his analysis on moveable obstructions and ADA applicability; updated his declaration to address that issue | 0.4 | 170 |
| 9/14/2015 | Drafted the plaintiff's motion and points and authorities for a summary judgment | 4.2 | 1785 |
| 9/14/2015 | Reviewed the defense reply brief in support of their MSJ; notes for dealing with on our reply brief | 0.8 | 340 |
| 9/28/2015 | Reviewed and analyzed the defense opposition to our MSJ; the supporting declaratins; and the objections served; outlined our reply brief approach | 1 | 425 |
| 10/5/2015 | Drafted the plaintiff's reply brief in support of his motion for summary judgment | 6.4 | 2720 |
| 10/20/2015 | Reviwed the Court's Order denying defense motion; granting the plaintiff's motion and the judgment issued; discussion with Mr. Love | 1 | 425 |
| 10/27/2015 | Left message with Dawn (assistant to defense counsel) re: meet and confer over fees | 0.1 | 42.5 |
| 10/27/2015 | Email exchangs with defense counsel re: meet and confer over fees; | 0.3 | 127.5 |
| 10/28/2015 | Draft stipulation and proposed Order | 0.2 | 85 |
| 11/3/2015 | Email exchange with defense over fees | 0.1 | 42.5 |
| 11/3/2015 | Checked docket to see if stip granted; drafted the plaintiff's fee motion | 2.2 | 935 |
| EST | Estimated time for reviewing an opposition to the fee motion; drafting the reply brief; attending oral argument | 10 | 4250 |
| **Totals** | | **54.8** | **23290** |

Love v. Ocampo

9845 Erma Road, Suite 300
San Diego, CA 92131

Phone: 858-375-7385
Fax: 888-422-5191



# Center for Disability Access
## Billing Statement

### Love v. Ocampo

**Attorney:** Raymond G. Ballister, Jr

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 3/23/2015 | 10/19/2015 |
| **Billing Rate/Hr:** | $ 425.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 3/23/2015 | Travel to and attendance at the Scheduling Conference; notes to file | 3.2 | 1360 |
| 3/26/2015 | Instructed staff to set up mediation with the defense | 0.1 | 42.5 |
| 10/19/2015 | Travel to and attendance at the oral argument on cross motions for summary judgment; notes to file | 3.4 | 1445 |
| **Totals** | | 6.7 | 2847.5 |



# Center for Disability Access
## Billing Statement

Page 5
Grace

## Love v. Ocampo

| | |
|---|---|
| Attorney: | Phyl Grace |

| | Start Date | End Date |
|---|---|---|
| Working Dates: | 1/16/2015 | 7/30/2015 |
| Billing Rate/Hr: | $ 350.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 1/16/2015 | Exchange with Harrison re: settlement posture; notes to file; email to Potter | 0.2 | 70 |
| 2/4/2015 | Email exchange with Harrison re: Rule 26 meeting | 0.1 | 35 |
| 2/9/2015 | Prepared for and held the Rule 26 meeting with defense counsel; discussed his claim about improper venue; researched his claims following meeting; notes to file | 1.1 | 385 |
| 7/27/2015 | Email exchange with Harrison re: meet and confer issues for MSJ | 0.1 | 35 |
| 7/29/2015 | Reviewed the letter from Harrison re: meet and confer for MSJ; called and left message for Mr. Harrison | 0.2 | 70 |
| 7/30/2015 | Met and conferred with Harrison re: MSJ; notes to file | 0.3 | 105 |
| 7/30/2015 | Email with Harrison re: MSJ | 0.1 | 35 |
| **Totals** | | 2.1 | 735 |

Page 6
Dennis



# Center for Disability Access
## Billing Statement

### Love v. Ocampo

| | |
|---|---|
| **Attorney:** | Dennis Price |

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 2/8/2015 | 7/23/2015 |
| **Billing Rate/Hr:** | $ 250.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 2/8/2015 | Reviewed and analyzed the defense motion to consdolidate; prepared some oppositon material | 1.3 | 325 |
| 2/23/2015 | Drafted the opposisition to the motion to consolidate, filed in the lowest numbered case (Fisher) | 3 | 750 |
| 2/23/2015 | Drafted the proposed Rule 26 Report and Discovery plan; gave instructions to circulate for comment | 0.8 | 200 |
| 2/26/2015 | Reviewed the defense proposed changes to the Rule 26 report; incorporated same; made additional changes; sent for circulation | 0.4 | 100 |
| 4/8/2015 | Reviewed the notice of assignment of mediator | 0.1 | 25 |
| 7/23/2015 | Preparded for and participated with call with the mediator/defense counsel; notes to file | 0.5 | 125 |
| **Totals** | | 6.1 | 1525 |

# Center for Disability Access

Billing Statement

## Love v. Ocampo

**Attorney:** Amanda Lockhart

| | Start Date | End Date |
|---|---|---|
| **Working Dates:** | 1/29/2015 | 6/26/2015 |
| **Billing Rate/Hr:** | $ 200.00 | |

| Date | Project or Task | Hours Worked | Billing Amount |
|---|---|---|---|
| 1/29/2015 | Drafted the notices of deposition for each of the three defendants with document demands | 0.6 | 120 |
| 2/27/2015 | Reviewed the defendants' initial disclosures; updated the Trial Folder | 0.2 | 40 |
| 3/5/2015 | Drafted the plaintiff's initial disclosures | 0.4 | 80 |
| 4/4/2015 | Received the discovery responses and documents produced by Ocampo's; analyzed the financial records, asset reports, taxes, (apprx. 400 pages, no bates numbering); updated the Trial Folder with admsisions, witnesses, etc.; drafted meet and confer letter | 2.8 | 560 |
| 6/26/2015 | Reviewed the defense supplemental disclosures; updated Trial Folder; email to Potter/Grace re: MSJ | 0.3 | 60 |
| **Totals** | | 4.3 | 860 |