**From:** Mike Scafiddi <rosscup1@aol.com>
**Sent:** Friday, January 16, 2015 8:07 AM
**To:** Phyl Grace
**Subject:** Re: Love v. Ocampo (Gibson Discount)

Good Morning

Let me make this clear my clients will not pay your client a dime. We will file pleadings attacking the complaint and every discovery tool available under the FRCP including taking a through deposition of your client.

I can recall years against a lawsuit being filed against the city of San Bernardino due to the lack of ramps on sidewalks at intersections.  I applauded that lawsuit and was glad that it forced the city to provide proper access.

That is not the situation now with your client. I want you to know that the only way my clients will ever pay is if ordered to due so after trial.

If you fail to dismiss this case we will file our responsive pleading next week including any cross complaint against your client who has never been to my clients business.

I look forward to the dismissal or meeting you during the law & motion process and the deposition of your client.

If you need any additional information feel free to call me at 909.381.1000 so you can know first hand the contempt I have for your client and how he makes a living.


Best regards


Mike Scafiddi

Sent from my iPhone

On Jan 15, 2015, at 10:38 PM, Phyl Grace <PhylG@potterhandy.com> wrote:

> Mr.. Scafiddi:
>
> This you for your call today.  To reiterate, you have demanded a dismissal, and that if we do not do so that you intend to harass our client by insisting on taking a seven hour deposition of our client.
>
> This apparently is not a good faith offer.   I will get back to you on the settlement offer, by the dismissal is declined.