**From:** Phyl Grace
**Sent:** Thursday, July 30, 2015 10:58 AM
**To:** 'Gary Harrison'
**Subject:** Love v. Ocampo (Gibson)

Mr. Harrison:

Thank you for the offer of $333.33 on this case.  I am authorized to provide a counteroffer in the amount of $3,000 and have reasonable attorney fees/costs determined via noticed motion by the Court.  I realize you indicated that no further offers will be made at this time, but I believe this to be a reasonable offer in light of the future anticipated work that you and Mr. Scafiddi plan on this and the other two cases we discussed this morning.

Thank you.


Phyl Grace
Attorney
PhylG@PotterHandy.com
Please note the address change
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**New Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA  92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an in any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication destroy all copies of the message. To contact us directly, send to info@potterhandy.com. **Tax Opinion Disclaimer:** To comply with IRS regulations, we advise that any discussion of Feder or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any trans