| | |
|---|---|
| **From:** | Gary Harrison <gharrisonsxb@gmail.com> |
| **Sent:** | Thursday, July 30, 2015 11:46 AM |
| **To:** | Phyl Grace |
| **Subject:** | Love vs. Ocampo, Ocampo and RJR |

Ms. Grace:

In response to your e mail counter offers for each of the above noted cases, after reviewing the counter offer and discussing with the parties, the most the parties will offer is $1,000.00 per case with no fees.

As an aside, this office would never settle a case leaving the issue of fees to the court.

Please do not make another counter offer. It will not be responded to.
This offer to settle is an offer to compromise under the Rules of Evidence. Either accept this or proceed with litigation as we will.
Thank you. This offer to compromise will expire at 4:00 p.m. PDT on July 31, 2015 and will not be revived. You have to decide whether you are in or out. You have the Motion for Summary Judgment and concede that the court will dismiss the first cause of action if it accepts the facts plead a true.

The defendants are all willing to bet that (1) the Federal Court will not retain jurisdiction for the remaining state court causes of action, and (2) that Mr. Love will not file a state court complaint if the case is dismissed in Federal court. Wanna bet?
Thank you.

GARY HARRISON, ESQ.

Confidentiality Notice: This electronic mail contains information that is privileged and/or confidential, intended only for use of the individual(s) or entity named. If you are not the intended recipient, any dissemination, copying, use or actions reliant on the information contained herein is strictly prohibited. If you have received this transmission in error please delete it immediately from your system and inform me by return email or telephone (951) 487-7548 and destroy the original message.

Virus Disclaimer: It is the recipient's duty to virus scan or otherwise test this email before loading it onto any computer. No warranty is given that this email is free from computer viruses or any other defect or error. The sender is not liable for any loss or damage incurred by any person loading this email. In any event the senders only obligation or liability will be limited to retransmitting this email to the intended recipient.