WHEN RECORDED MAIL TO:

111282 / 166317
Center For Disability Access
Raymond G. Ballister, Jr. / Mark D. Potter
Mail: PO Box 262490, San Diego, CA 92196-2490
9845 Erma Road, Suite 300, San Diego, CA 92131

Reset Form

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Samuel Love, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | CV 5:15-cv-00002-JGB-(SPx) |
| v. | |
| Guillermo Ocampo, et al. | ABSTRACT OF JUDGMENT/ORDER |
| DEFENDANT(S). | |

I certify that in the above-entitled action and Court, Judgment/Order was entered on 10/20/15
in favor of Samuel Love
whose address is C/O Mark D. Potter, 9845 Erma Road, Suite 300, San Diego, CA 92131
and against Guillermo Ocampo, Rebeca Ocampo, Gibson Brothers Janitorial Service, Inc.
whose last known address is 396 E Ralston Ave, San Bernardino; 1887 Business Center Dr Ste 4A, San Bernardino
for $ 4,000.00       Principal, $ 0       Interest, $ 200.00       Costs,
and $ 23052.50       Attorney Fees.

ATTESTED this __26th__ day of __February__, 20__16__.
Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.
☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Michael A. Scafiddi, ESQ.
432 N. Arrowhead Ave.,
San Bernardino, CA 92401

CLERK, U.S. DISTRICT COURT

By _____
   Deputy Clerk

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                ABSTRACT OF JUDGMENT/ORDER

# PROOF OF SERVICE

SAMUEL LOVE V. GUILLERMO OCAMPO; ET. AL.
Case # 5:15-cv-00002-JGB-SP

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On February 24, 2016 I served the following document(s):

**ABSTRACT OF JUDGMENT**

Addressed to:
GARY HARRISON, ESQ
LAW OFFICES OF MICHAEL A. SCAFIDDI, INC.
432 N. Arrowhead Ave.
San Bernardino, CA 92401

☑ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
☑ BY ELECTRONIC MAIL TRANSMISSION: via the United States District Court, Central District of California's CM/ECF system. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on February 24, 2016, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Claire Cylkowski*
Claire Cylkowski

PROOF OF SERVICE