CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
dennisp@potterhandy.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love,** <br><br> Plaintiff, <br><br> v. <br><br> **Guillermo Ocampo, et al.** <br><br> Defendants. | Case: 5:15-cv-00002-JGB-SP <br><br> **ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT** |

    Judgment Creditor, SAMUEL LOVE, hereby acknowledges acceptance of full Satisfaction of the Judgment entered on October 20, 2015, in the amount of $27,252.50 against the Defendants.

    Full satisfaction is hereby acknowledged, and the Clerk of the Court is authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: March 23, 2016                            CENTER FOR DISABILITY ACCESS

                                                    By: /s/ Dennis Price
                                                    Dennis Price
                                                    Attorney for Plaintiff

Acknowledgment of Satisfaction of Judgment