CENTER FOR DISABILITY ACCESS
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis J. Price. Esq., SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
Dennisp@potterhandy.com

Attorney for Judgment Creditor

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**Samuel Love,**

    Plaintiff,

v.

**Guillermo Ocampo, et al.**

    Defendants.

Case: 5:15-cv-00002-JGB-SP

**REQUEST TO VACATE DEBTOR EXAM AND ORDER THEREON**

Plaintiff respectfully requests that the Judgment Debtor Exams for Guillermo Ocampo and Gibson Brothers Janitorial Services, Inc., scheduled for May 10, 2016 be vacated. Plaintiff makes this request because the case has settled.

Dated: March 31, 2016          CENTER FOR DISABILITY ACCESS

                                          By: /s/ Dennis Price
                                          Dennis Price
                                          Attorneys for Plaintiff

Request to Vacate Exam